JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luisa Ramos, et al., | SACV 12-00792-JVS(MLGx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Wachovia Bank, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on <u>August 15, 2012</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on or before September 12, 2012 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: September 13, 2012

_____
James V. Selna
United States District Judge